UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOLAN L. LAPP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:16-cv-3974 |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **23rd day of August, 2016**, it having been reported that the parties have settled the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs. Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

LUCY V. CHIN, Interim Clerk of Court

By: /s/ Diane J. Abeles_____
     Diane J. Abeles, Civil Deputy Clerk
     The Honorable Joseph F. Leeson, Jr.
     Diane_J_Abeles@paed.uscourts.gov